**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

December 2, 2021

MEMORANDUM TO THE FILE

    Re:    *Oxendine v. Eli Lilly & Company, Inc., et al.*
           Civil No. CCB-11-2557

    Inquiry has been made regarding the undersigned's involvement in this case. As the record reflects, it was randomly assigned to me by the Clerk of Court on September 8, 2011. On September 30, 2011, it was transferred to the U.S. District Court for the Eastern District of Kentucky by Order of the Clerk of the Judicial Panel on Multi-District Litigation. During the three weeks the case was listed on my docket I took no action, made no decision, and entered no order related to the case. Accordingly, regardless of my financial interest in Eli Lilly & Co., there is no need to make any notification or take any other corrective action.

Catherine C. Blake
United States District Judge